In re    **Cynthia Vaughan-Williams**        ,    Case No.    **11-23326**

                            Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. ...1856...<br><br>**Capital One**<br>**PO Box 30281**<br>**Salt Lake City, UT 84130** | - | 12/2006 | | | | | | | 810.00 |
| Account No. ...6424...<br><br>**CHASE**<br>**PO BOX 15298**<br>**Wilmington, DE 19850** | - | 12/2007 | | | | | | | 2,172.00 |
| Account No. ...4188...<br><br>**Chase Card Services**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | - | 07/2007 | | | | | | | 1,759.18 |
| Account No. ...1757...<br><br>**Chase Card Services**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | - | 05/2008 | | | | | | | 5,856.00 |
| __5__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 10,597.18 |

In re  **Cynthia Vaughan-Williams**                                    Case No.   **11-23326**
_____,
                                  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. ...2765... | | 05/2002 | | | | | |
| **Children's Place/CBSD** **PO Box 6497** **Sioux Falls, SD 57117** | - | | | | | | 460.00 |
| Account No. xxxxxxxxxxxxx7912 | | | | | | | |
| **Citibank** **POB 2667** **Houston, TX 77252-2667** | - | | | | | | 460.25 |
| Account No. | | | | | | | |
| **Devito, Snowden, Witanek** **250 Moonachie Road** **Moonachie, NJ 07074** | - | | | | | | 14,512.50 |
| Account No. ...5162... | | | | | | | |
| **GEMB/JC Pennys** **PO Box 981402** **El Paso, TX 79998** | - | | | | | | 2,917.00 |
| Account No. ...2512... | | 07/1997 | | | | | |
| **Household Finance Corp** **1421 Kristina Way** **Chesapeake, VA 23320-8917** | - | | | | | | 3,315.57 |

Sheet no.  **1**  of  **5**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **21,665.32**

In re **Cynthia Vaughan-Williams**            Case No. **11-23326**

                                 Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2977...**<br><br>**Hudson Valley Radiology<br>PO Box 605<br>New City, NY 10956** | | - | | | | | 395.20 |
| Account No. **xxxxxxx6821**<br><br>**JC penny mastercard<br>P.O Box:960090<br>Orlando, FL 32896** | | - | | | | | 2,917.08 |
| Account No. **...8300**<br><br>**John C Minichetti DMD<br>Englewood Dental PA<br>370 Grand Ave<br>Englewood, NJ 07631** | | - | | | | | 8,483.00 |
| Account No. **...3752...**<br><br>**Midland Credit Management<br>8875 Aero Dr., Ste 200<br>San Diego, CA 92123** | | - | 12/2010 | | | | 6,112.17 |
| Account No. **...7001...**<br><br>**Municipal Credit Union<br>22 Cortlandt St.<br>New York, NY 10007** | | - | | | | | 138.00 |

Sheet no. **2** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal<br>(Total of this page)     **18,045.45**

In re __Cynthia Vaughan-Williams__ , Case No. __11-23326__

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. ...5577... | | 05/2010 | | | | | | |
| People's Alliance Federal Credit Union Hauppauge, NY 11788 | - | | | | | | | 13,234.00 |
| Account No. ...5577... | | 05/2010 | | | | | | |
| People's Alliance Federal Credit Union Hauppauge, NY 11788 | - | | | | | | | 8,016.00 |
| Account No. | | | | | | | | |
| Pomona Chiropractic PC 978 Route 45 #109 Pomona, NY 10970 | - | | | | | | | 2,445.00 |
| Account No. ....0287 | | | | | | | | |
| Rockland Employee Credit Union 140 Old Orangeburg Rd Orangeburg, NY 10962 | - | | | | | | | 4,918.53 |
| Account No. | | | | | | | | |
| Rockland Employee Credit Union 140 Old Orangeburg Rd Orangeburg, NY 10962 | - | | | | | | | 16,007.31 |

Sheet no. __3__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

44,620.84

In re **Cynthia Vaughan-Williams** _____,  Case No. ___**11-23326**___
_____
Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. ...0000.... | | | | | | | | |
| Rockland Employees FCU 140 Old Orangeburg Rd Orangeburg, NY 10962 | - | | | | | | | 9,385.00 |
| Account No. ...8795... | | 12/1995 | | | | | | |
| Sears/CBSD 133200 Smith Road Cleveland, OH 44130 | - | | | | | | | 278.00 |
| Account No. | | | | | | | | |
| Sears/CBSD PO Box 183081 Columbus, OH 43218 | - | | | | | | | 2,600.87 |
| Account No. | | | | | | | | |
| Shiel 63 Flushing Ave Unite 336 Brooklyn, NY 11205 | - | | | | | | | 1,765.70 |
| Account No. | | | | | | | | |
| Shiel 63 Flushing Ave Unite 336 Brooklyn, NY 11205 | - | | | | | | | 470.40 |

Sheet no. __4___ of __5___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **14,499.97**

In re **Cynthia Vaughan-Williams**                          Case No. **11-23326**
_____,
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Shiel Medical Lab 63 Flushing Ave Unite 336 Brooklyn, NY 11205** | - | | | | | | X | 470.40 |
| Account No. ...5316... **SYMS/GEMB PO Box 981439 El Paso, TX 79998** | - | | | 10/2000 | | | | 1,891.00 |
| Account No. ...6420... **Verizon Wireless-NY 2000 Corporate Dr. Orangeburg, NY 10962-2634** | - | | | 11/2009 | | | | 471.00 |
| Account No. **Zenith Acquisition Group PO Box 850 Amherst, NY 14226** | - | | | | | | | 1,314.26 |
| Account No. | | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 4,146.66 |
| Total (Report on Summary of Schedules) | 113,575.42 |